## A08A1393. DIXON et al. v. LOUDOUN COMMUNICATIONS, INC. et al.
(669 SE2d 216)

BARNES, Chief Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) The evidence supports the judgment;

(2) No reversible error of law appears and an opinion would have no precedential value; and

(3) The judgment of the court below adequately explains the decision.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Johnson, P. J., and Phipps, J., concur.*

DECIDED NOVEMBER 4, 2008.

*Bannister & Black, Charles C. Black*, for appellants.

*Pursley, Lowery & Meeks, Eric N. Van De Water, Fisher & Phillips, Joseph P. Shelton, Terri R. Stewart*, for appellees.